# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DWANVAE PEARSON,

                        Plaintiff,

    v.

WILLIAM GITTERE, *et al.*,

                     Defendants.

Case No. 3:21-CV-00363-MMD-CLB

**ORDER TO CHANGE ADDRESS AND STAY CASE**

On November 28, 2022, Defendants filed an answer to Plaintiff's complaint. (ECF No. 20.) Thereafter, Southern Desert Correctional Center returned that filing which was addressed to Plaintiff, with a handwritten note stating, "Return to Sender, Offender Paroled." (ECF No. 21.) Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **Wednesday, December 28, 2022** to file a notice of change of address or this Court will recommend that this action be dismissed.

In addition, the case management conference that was set for December 20, 2022, (ECF No. 22), is hereby vacated and this case is **STAYED** in its entirety until Plaintiff files a notice of change of address.

**DATED** this 29th day of November, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**